443 A.2d 380

Commonwealth v. Hargrove, Jr., Appellant.

Submitted May 12, 1981. Thomas G. Klingensmith, Jr., Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.